AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. **MJ 15-5181**
)
5927 127th Avenue East, Puyallup, Washington )
)
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, which is incorporated herein by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                                                                           *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
any U.S. Magistrate Judge in Western Dist. of Washington     .
                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **Oct. 15, 2015**
                             **9:55 AM**                                          _____
                                                                                                *Judge's signature*

City and state:   Seattle, Washington                           Mary Alice Theiler, United States Magistrate Judge
                                                                                      *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ 15-5181 | 10/22/15 0600 | Rosa Topete |

Inventory made in the presence of :
CHERYL HINDERER AND ROSA TOPETE

Inventory of the property taken and name of any person(s) seized:

SEE FBI RECEIPT FOR PROPERTY (ATTACHED)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-26-15

_____
Executing officer's signature

RICHARD HUNTINGTON, TFO
Printed name and title

## Attachment A

Premises to be Searched

**Location:** 5927 127th Avenue East, Puyallup, Washington, 98372

**Location Description:** This is a double-wide mobile home on the east side of 127th Avenue East located in the City of Puyallup, County of Pierce and State of Washington. The property is surrounded by a chain link fence and has a multiple-car detached garage on the north side of the property. The mobile home is off-white in color. The address "5927" is posted on the north portion of the west side of the mobile home. There is an elevated porch leading to the front door on the north side of the mobile home. There are multiple vehicles parked on the property believed to be being used as an auto repair shop. The warrant extends to all vehicles and structures on the property. There are several large trees in the yard.

Attachment B

List of Items to be Searched for and Seized

This warrant authorizes the government to search for the following items:

Evidence and/or fruits of the commission of the following crimes: Distribution and possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) and Conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, including but not limited to the following:

1. Controlled Substances: Including but not limited to cocaine and methamphetamine.

2. Drug Paraphernalia: Items used, or to be used, to store, process, package, use, and/or distribute controlled substances, such as plastic bags, cutting agents, scales, measuring equipment, tape, hockey or duffel bags, chemicals or items used to test the purity and/or quality of controlled substances, and similar items.

3. Drug Transaction Records: Documents such as ledgers, receipts, notes, and similar items relating to the acquisition, transportation, and distribution of controlled substances.

4. Customer and Supplier Information: Items identifying drug customers and drug suppliers, such as telephone records, personal address books, correspondence, diaries, calendars, notes with phone numbers and names, "pay/owe sheets" with drug amounts and prices, maps or directions, and similar items.

5. Cash and Financial Records: Currency and financial records, including bank records, safe deposit box records and keys, credit card records, bills, receipts, tax returns, vehicle documents, and similar items; and other records that show income and expenditures, net worth, money transfers, wire transmittals, negotiable instruments, bank drafts, cashiers checks, and similar items, and money counters.

6. Photographs/Surveillance: Photographs, video tapes, digital cameras, surveillance cameras and associated hardware/storage devices, and similar items, depicting property occupants, friends and relatives of the property occupants, or suspected buyers or sellers of controlled substances, controlled substances or other contraband, weapons, and assets derived from the distribution of controlled substances.

7. Weapons: Including but not limited to firearms, magazines, ammunition, and body armor.

8. Codes: Evidence of codes used in the distribution of controlled substances, including but not limited to passwords, code books, cypher or decryption keys, and similar information.

9. Property Records: Deeds, contracts, escrow documents, mortgage documents, rental documents, and other evidence relating to the purchase, ownership, rental, income, expenses, or control of the premises, and similar records of other property owned or rented.

10. Indicia of occupancy, residency, and/or ownership of assets including, but not limited to, utility and telephone bills, canceled envelopes, rental records or payment receipts, leases, mortgage statements, and other documents.

11. Evidence of Storage Unit Rental or Access: rental and payment records, keys and codes, pamphlets, contracts, contact information, directions, passwords or other documents relating to storage units.

12. Evidence of Personal Property Ownership: Registration information, ownership documents, or other evidence of ownership of property including, but not limited to vehicles, vessels, boats, airplanes, jet skis, all terrain vehicles, RVs, and personal property; evidence of international or domestic travel, hotel/motel stays, and any other evidence of unexplained wealth,

13. Individual and business financial books, records, receipts, notes, ledgers, diaries, journals, and all records relating to income, profit, expenditures, or losses, such as:
    a. Employment records: paychecks or stubs, lists and accounts of employee payrolls, records of employment tax withholdings and contributions, dividends, stock certificates, and compensation to officers.
    b. Savings accounts: statements, ledger cards, deposit tickets, register records, wire transfer records, correspondence, and withdrawal slips.
    c. Checking accounts: statements, canceled checks, deposit tickets, credit/debit documents, wire transfer documents, correspondence, and register records.
    d. Loan Accounts: financial statements and loan applications for all loans applied for, notes, loan repayment records, and mortgage loan records.
    e. Collection accounts: statements and other records.
    f. Certificates of deposit: applications, purchase documents, and statements of accounts.
    g. Credit card accounts: credit cards, monthly statements, and receipts of use.
    h. Receipts and records related to gambling wins and losses, or any other contest winnings.
    i. Insurance: policies, statements, bills, and claim-related documents.

j.  Financial records: profit and loss statements, financial statements, receipts, balance sheets, accounting work papers, any receipts showing purchases made, both business and personal, receipts showing charitable contributions, and income and expense ledgers.

14. All bearer bonds, letters of credit, money drafts, money orders, cashier's checks, travelers checks, Treasury checks, bank checks, passbooks, bank drafts, money wrappers, stored value cards, and other forms of financial remuneration evidencing the obtaining, secreting, transfer, and/or concealment of assets and/or expenditures of money.

15. All Western Union and/or Money Gram documents and other documents evidencing domestic or international wire transfers, money orders, official checks, cashier's checks, or other negotiable interests that can be purchased with cash, These documents are to include applications, payment records, money orders, frequent customer cards, etc.

16. Negotiable instruments, jewelry, precious metals, financial instruments, and other negotiable instruments.

17. Documents reflecting the source, receipt, transfer, control, ownership, and disposition of United States and/or foreign currency.

18. Correspondence, papers, records, and any other items showing employment or lack of employment.

19. Telephone books, and/or address books, facsimile machines to include the carbon roll and/or other memory system, any papers reflecting names, addresses, telephone numbers, pager numbers, cellular telephone numbers, facsimile, and/or telex numbers, telephone records and bills relating to co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists. Also, telephone answering devices that record telephone conversations and the tapes therein for messages left for or by co-conspirators for the delivery or purchase of controlled substances or laundering of drug proceeds.

20. Safes and locked storage containers, and the contents thereof which are otherwise described in this document.

21. Tools: Tools that may be used to open hidden compartments in vehicles, paint, bonding agents, magnets, or other items that may be used to open/close said compartments.

22. Cell Phones: Cellular telephones and other communications devices including Blackberries may be seized, and searched for the following items:

        a.    Assigned number and identifying telephone serial number (ESN, MIN, IMSI, or IMEI);

        b.    Stored list of recent received, sent, and missed calls;

        c.    Stored contact information;

        d.    Stored photographs of narcotics, currency, firearms or other weapons, evidence of suspected criminal activity, and/or the user of the phone or suspected co-conspirators, including any embedded GPS data associated with those photographs;

        e.    Stored text messages.

FD-597 (Rev 8-11-94)                                                                                          Page 1 of 2

# UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

File #: 245C-SE-4981799

On (date)     10/22/2015

item(s) listed below were:
- ☐ Received From
- ☐ Received To
- ☐ Released To
- ☒ Seized

(Name)            N/A
(Street Address)  5927 127th Ave East
(City)            Puyallup, WA

## Description of Item(s):

1 - ATB Methamphetamine, 3 bundles

2 - Red duffle bag

3 - LG phone 409KPQJ976180
Samsung flip phone R21DA9V6XLX

4 - Motorola E51WFZ2PMK
T Mobile Prism G9E7ND12A1515309

5 - HTC FA44NWM09517

6 - I phone 359236068963401

7 - iPhone 990002827102763

8 - Samsung smartphone

9 - Samsung pink case

10 - Samsung cell phone RP5SB39928F

11 - 4 phones

12 - US Currency

13 - AT&T Alcatel 013160005347098

14 - 2005 Ford Title

15 - Address book

16 - telcel phone

17 - US currency

18 - Blu cellphone

FD-597 (Rev 8-11-94)                                                                                           Page 2 of 2

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

**File #: 245C-SE-4981799**

| | |
|---|---|
| 19 - ZTE phone, Samsung phone | |
| 20 - no name cell phone 321741090594 | |
| 21 - Identification and papers | |
| 22 - 2 flip phones 05601578428, 012516006172309 | |
| 23 - Alactel cell phone | |
| 24 - Kyocera flip phone | |

**Received By**  Cheryl Hinderer                  **Received From**  Rosa Topete

(signature) [signed]                              (signature)